UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61930-ROSENBERG

RICARDO FLORESTAL,

    Plaintiff,

v.

CITY OF HOLLYWOOD, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Plaintiffs Ricardo Florestal and Bill D. Alcius' Motion to Remand, DE 15, which was previously referred to the Magistrate Judge for a Report and Recommendation. On December 11, 2023, the Magistrate Judge issued a Report and Recommendation recommending that the Motion be denied. DE 25. The parties had until December 27, 2023 to file any objections to the Report and Recommendation. No objections appear on file. The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that the Motion should be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation, DE 25, is hereby **ADOPTED**;
2. The Plaintiffs' Motion to Remand, DE 15, is **DENIED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of December, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record